|  |  |
|---|---|
| DION HARRELL, | : |
|  | : UNITED STATES DISTRICT COURT |
| Plaintiff, | : DISTRICT OF NEW JERSEY |
|  | : |
| v. | : Civil Action No. 18-11299(FLW)(ZNQ) |
|  | : |
| STATE OF NEW JERSEY, et al., | : **REVISED SCHEDULING ORDER** |
|  | : |
| Defendants. | : |

    **THIS MATTER** having come before the Court upon correspondence submitted on September 20, 2019 (ECF No. 24); and the Court having conferred with counsel concerning the status of discovery; and upon review of the May 23, 2019 Scheduling Order (ECF No. 20); and good cause appearing for the entry of this Order:

    **IT IS on this 23rd day of September, 2019**

    **ORDERED THAT:**

1. All parties must conduct discovery expeditiously and diligently. In addition, all discovery conducted must be proportional to the needs of the case considering the factors set forth in Fed. R. Civ. P. 26(b)(1).

2. The deadline to complete fact discovery is extended to **January 10, 2020**. No other discovery is to be issued or conducted after this date.

3. No objections to questions posed at depositions shall be made other than as to lack of foundation, form or privilege. *See* Fed. R. Civ. P. 32(d)(3)(A). No instruction not to answer shall be given unless a privilege is implicated.

4. Affirmative expert disclosures and reports (liability and damages) must be served by **February 7, 2020**. All such reports must be in the form and content required by Fed. R. Civ. P. 26(a)(2)(B).

5. Responsive expert disclosures and reports must be served by **March 6, 2020**. All such reports shall be in the form and content as described above.

6. Expert discovery must be completed by **April 3, 2020**.

7. No expert shall testify at trial as to any opinions or base those opinions on fact not substantially disclosed in his or her report.

8. Dispositive motions must be filed by **May 1, 2020**.

9. The Court will conduct a telephone status conference on **December 5, 2019 at 1:00 p.m.**; Counsel for Plaintiff is directed to initiate the calls to (609) 989-2105.

10. Counsel must meet and confer in a good faith effort to resolve any discovery or case management dispute before bringing such dispute to the attention of the Court. *See* L.Civ.R. 16.1(f)(1). Any unresolved disputes must be brought to the Court's attention promptly by a joint letter to the undersigned.

11. The Court will conduct a Settlement Conference on **January 13, 2020 at 11:00 a.m.**; Trial Counsel and client representatives with full settlement authority must be present. At least three (3) business days before the Settlement Conference, counsel for each party is to submit to Chambers via email at znq_orders@njd.uscourts.gov confidential settlement memoranda not to exceed five (5) pages in length.

12. Counsel must confer at least 48 hours in advance of each Court appearance to confirm attendance and to review any matters to be discussed with the Court.

13. The Court may from time to time schedule conferences as may be required, either *sua sponte* or at the request of a party. Failure to appear at such conferences, or to comply with the terms of this or any Court Order, may result in the imposition of sanctions.

ZAHID N. QURAISHI
United States Magistrate Judge