GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
  Attorney for Defendants State of New Jersey; New Jersey Department
  of Law and Public Safety, Division of State Police; and John T.
  Nichols

By:   Francis Raso
      Deputy Attorney General
      (609) 376-3125
      Francis.Raso@law.njoag.gov

```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
                       VICINAGE OF TRENTON
```

| | |
|---|---|
| DION HARRELL,<br><br>       Plaintiff,<br>  v.<br><br>STATE OF NEW JERSEY, NEW JERSEY DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF STATE POLICE, JOHN T. NICHOLS, BRIAN O'GIBNEY, AND CITY OF LONG BRANCH,<br><br>       Defendants. | HON. FREDA L. WOLFSON, U.S.D.J.<br>HON. ZAHID N. QURAISHI, U.S.M.J.<br><br>DOCKET NO. 18-11299 (FLW-ZNQ)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Deputy Attorney General Francis A. Raso is hereby designated as secondary counsel for Defendants State of New Jersey; New Jersey Department of Law and Public Safety, Division of State Police; and John T. Nichols; and

**PLEASE TAKE FURTHER NOTICE** that Deputy Attorney General Timothy P. O'Brien is still designated as primary counsel for

Defendants State of New Jersey; New Jersey Department of Law and Public Safety, Division of State Police; and John T. Nichols; and

**PLEASE TAKE FURTHER NOTICE** that all future court notices should be directed as follows:

    Timothy P. O'Brien, DAG
    Richard J. Hughes Justice Complex
    25 Market Street, P.O. Box 112
    Trenton, NJ 08625
    Timothy.Obrien@law.njoag.gov

    Francis A. Raso, DAG
    Richard J. Hughes Justice Complex
    25 Market Street, P.O. Box 112
    Trenton, NJ 08625
    Francis.Raso@law.njoag.gov

                                      /s/ Francis Raso
                                      Francis Raso, Deputy Attorney General
                                      Attorney ID No. 202232017

DATED: November 19, 2020