## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**DION HARRELL,**

        Plaintiff,

        v.

**STATE OF NEW JERSEY, et al.,**

        Defendants.

Civil Action No. 18-11299 (FLW) (ZNQ)

**ORDER**

This matter having come before the Court upon a status update letter on January 29, 2021, the Plaintiff now being deceased, it appearing that the parties cannot proceed until an Administrator is appointed for Plaintiff's Estate, and for other good cause shown,

**IT IS** on this 3rd day of February, 2021 **ORDERED** that:

1. This matter is administratively terminated until the appointment of an Administrator for Plaintiff's Estate.

2. Plaintiff shall have ten (10) days from the appointment of an Administrator for Plaintiff's Estate to file a request to the Court to reopen this matter.

      _s/ Zahid N. Quraishi_____
      **ZAHID N. QURAISHI**
      **UNITED STATES MAGISTRATE JUDGE**