# GLENN A. GARBER, P.C.
## ATTORNEYS AT LAW

233 BROADWAY, SUITE 2370, NEW YORK, NY 10279

TEL: 212-965-9370   FAX: 212-965-9375
www.glenngarber.com

December 16, 2021

**Via CM/ECF**

Hon. Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *Dion Harrell v. State of N.J., et al.*
              Docket No. 18-11299

Dear Judge Goodman:

We represent the Estate of Dion Harrell in the above-captioned matter and submit this letter to update the Court regarding the status of the Estate.

We are pleased to state that Kyhallista Johnson has been appointed as Administrator for the Estate of Dion Harrell, and she has retained Glenn A. Garber, P.C. and Rickner PLLC to continue litigating the claims in this action.

We respectfully request that Ms. Johnson be substituted as the Plaintiff in this action. If the Court requires a separate motion or a proposed order, we will certainly file whatever is necessary.

We appreciate the Court's patience, and we thank the Court for its attention to this matter.

Respectfully,

Glenn A. Garber