UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DION HARRELL,<br><br>                           Plaintiff,<br><br>vs.<br><br>STATE OF NEW JERSEY, NEW JERSEY DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF STATE POLICE, JOHN T. NICHOLS, BRIAN O'GIBNEY, AND CITY OF LONG BRANCH,<br><br>                           Defendants. | Index No. 18-cv-11299 (FLW) (LHG) |

## SO-ORDERED STIPULATION TO SUBSTITUTE PLAINTIFF AND AMEND CAPTION

**WHEREAS**, Plaintiff Dion Harrell died on January 15, 2021, while the above-caption matter was pending; Kyhallista Johnson was appointed as Administrator Ad Prosequendum and Administrator of the Estate of Dion Harrell; Kyhallista Johnson retained Glenn A. Garber, P.C. and Rickner PLLC to continue prosecuting this action; and the parties now agreed to have Kyhallista Johnson as Administrator of the Estate of Dion Harrell substituted as the Plaintiff in the action;

**THE PARTIES HEREBY STIPULATE AND AGREE** that Kyhallista Johnson as Administrator of the Estate of Dion Harrell be substituted as the Plaintiff, under Federal Rule of Civil Procedure 25(a), in place of Dion Harrell, now deceased; and

**THE PARTIES FURTHER STIPULATE AND AGREE** that the caption be hereby amended to:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KYHALLISTA JOHNSON as
Administrator of the Estate of DION
HARRELL,

                Plaintiff,

vs.

STATE OF NEW JERSEY, NEW JERSEY
DEPARTMENT OF LAW AND PUBLIC
SAFETY, DIVISION OF STATE POLICE,
JOHN T. NICHOLS, BRIAN O'GIBNEY,
AND CITY OF LONG BRANCH,

                Defendants.

Index No. 18-cv-11299 (FLW) (LHG)

Dated: January 28th, 2022

_____
Glenn A. Garber
Glenn A. Garber, P.C.
233 Broadway, Suite 2370
New York, New York 10279
(212) 965-9370
*Attorney for Plaintiff Kyhallista Johnson as Administrator of the Estate of Dion Harrell*

_____
Deputy Attorney General Timothy P. O'Brien
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625
(609) 376-3224
*Attorney for State Defendants, State of New Jersey, Department of Law and Public Safety, Division of State Police and John T. Nichols*

_____
Brian P. Trelease, Esq.
Rainone, Coughlin, Minchello LLC
555 Rt. 1 South, Suite 440
Iselin, New Jersey 08830
(732) 709-4182
*Attorneys for Defendants Brian O'Gibney and City of Long Branch*

SO ORDERED:

_____
Hon. Lois H. Goodman, U.S.M.J