UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KYHALLISTA JOHNSON as Administrator of the Estate of DION HARRELL,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF NEW JERSEY,** *et al.***,**<br><br>Defendants. | Civil Action No. 18-11299 (GC)(LHG)<br><br><br>**AMENDED SCHEDULING ORDER** |

 **THIS MATTER** having come before the Court for a status conference; the Court having set certain deadlines with the participation of counsel; and for good cause shown:

 **IT IS** on this **6th** day of **February, 2023**,

 **ORDERED** that the Plaintiff may file its Motion for Leave to Amend the Complaint along the following briefing schedule:

 The Motion to Amended shall be Filed on or before **February 10, 2023**

 Opposition shall be filed on or before **February 21, 2023**

 The Return date shall be **March 6, 2023.**

 **ORDERED** that the parties shall provide the identity and subject area of any affirmative expert no later than **February 28, 2023**; and it is further

 **ORDERED** that the parties shall serve any affirmative expert reports no later than **March 31, 2023**; and it is further

 **ORDERED** that the parties shall serve any rebuttal expert reports no later than **May 31, 2023**; and it is further

1

**ORDERED** that the expert(s) are to be deposed no later than **July 14, 2023**; and it is further

**ORDERED** that the parties may file dispositive motions along the following briefing schedule:

Motions for summary judgment shall be filed on or before **September 8, 2023**

The Return date shall be **October 2, 2023**. Counsel are to notify Chambers within five days of a decision on any dispositive motions if the decision does not resolve all issues in the case; and it is further

**ORDERED** that counsel will confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of an application to the Court. Any such dispute shall be brought to the Court's attention by joint letter, no more than eight pages in total, setting forth the nature of the dispute and any efforts to resolve it. **No discovery motion or motion for leave to amend will be entertained absent leave of Court and counsel's full compliance with L. Civ. R. 37.1(a)(1);** *see also* **L. Civ. R. 16.1(f)**; and it is further

**ORDERED** that a telephone status conference will be held with the court on **April 27, 2023** at **9:30A.M.** The Court shall circulate dial-in information in advance of the conference.

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**