UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KYHALLISTA JOHNSON** as Administrator of the Estate of **DION HARRELL**,<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF NEW JERSEY, et al.**,<br><br>Defendants. | Civil Action No. 3:18-cv-11299-GC-LHG<br><br><br>**ORDER OF ADJOURNMENT** |

**WHEREAS** Plaintiff has filed a Motion to Amend the Complaint; and

**WHEREAS** the Motion to Amend is currently returnable on March 20, 2023; and

**WHEREAS** Defendants have requested an adjournment of the Motion to Amend until the next return date, April 3, 2023; and

**WHEREAS** Plaintiff has consented to the adjournment, and for good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend the Complaint shall be adjourned one motion cycle, to April 3, 2023; and

**IT IS FURTHER ORDERED** that any opposition to Plaintiff's Motion to Amend shall be filed on or before March 20, 2023.

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**