

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

March 22, 2023

***Via ECF Only***
The Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Fedl. Bldg. & U.S. Cthse.
Room 7050
402 E. State Street
Trenton, NJ 08608

  Re: <u>Kyhallista Johnson v. State of New Jersey, at al.</u>
    Docket No.: 3:18-cv-11299-GC-LHG

Dear Judge Goodman:

  This office represents the State Defendants, the State of New Jersey, the New Jersey Department of Law and Public Safety, Division of State Police, and John T. Nichols, in the above-referenced matter. Pending before the Court is Plaintiff's Motion to Amend the Complaint, returnable April 3, 2023.

  The State Defendants join in the opposition filed by co-defendants City of Long Branch and Brian O'Gibney (ECF No. 93) and urge the Court to deny the Motion to Amend for the reasons advanced therein.

  Thank you for your time and consideration.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2440 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

>Respectfully submitted,
>
>MATTHEW J. PLATKIN
>ATTORNEY GENERAL OF NEW JERSEY
>
>By: */s/ Leah E. Traub*
>Leah E. Traub
>Deputy Attorney General

cc: All Counsel of Record (via ECF)