UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KYHALLISTA JOHNSON as Administrator of the Estate of DION HARRELL,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF NEW JERSEY**, *et al.*,<br><br>Defendants. | Civil Action No. 18-11299 (FLW)(LHG)<br><br><br>**AMENDED<br>SCHEDULING<br>ORDER** |

**IT IS HEREBY ORDERED** that the May 23, 2019 **PRETRIAL SCHEDULING ORDER** is amended as set forth, based on good cause shown:

**ORDERED** that fact discovery is complete; and it is further

**ORDERED** that the Plaintiff may file its Motion for Leave to Amend the Complaint along the following briefing schedule:

**Reply shall be filed on or before April 10, 2023**

The Return date shall be **April 17, 2023.**

**ORDERED** that the parties shall serve any affirmative expert reports no later than **April 28, 2023**; and it is further

**ORDERED** that the parties shall serve any rebuttal expert reports no later than **June 30, 2023**; and it is further

**ORDERED** that the expert(s) are to be deposed no later than **August 14, 2023**; and it is further

1

**ORDERED** that the parties may file dispositive motions along the following briefing schedule:

Motions for summary judgment shall be filed on or before **October13, 2023**

The Return date shall be **November 6, 2023**. Counsel are to notify Chambers within five days of a decision on any dispositive motions if the decision does not resolve all issues in the case; and it is further

**ORDERED** that counsel will confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of an application to the Court. Any such dispute shall be brought to the Court's attention by joint letter, no more than eight pages in total, setting forth the nature of the dispute and any efforts to resolve it. **No discovery motion or motion for leave to amend will be entertained absent leave of Court and counsel's full compliance with L. Civ. R. 37.1(a)(1);** *see also* L. Civ. R. 16.1(f); and it is further

**ORDERED** that a telephone status conference will be held with the court on **April 27, 2023** at **9:30A.M.** Counsel for Plaintiff is to initiate the call.

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**