

Louis N. Rainone
Craig J. Coughlin*
David L. Minchello
Ronald H. Gordon
Carol A. Berlen
John F. Gillick
Brian P. Trelease*
Claudia Marchese
Matthew R. Tavares*
Sapana Shah*∆
Michael R. Burns ✦
Christopher D. Zingaro
John P. Harrington

Edward Ruane
Thomas Schoendorf
Nahimot A. Adedimeji*
Corissa L. Sherman
Frank J. Dyevoich*
Lonnie J. Hinton, Jr.,
Harlynne A. Lack*
Aaron L. Rainone

* Also admitted in New York
∆ Also admitted in DC
✦ Also admitted in Pennsylvania

Eruane@NJRCMLAW.com

May 22, 2023

Hon. J. Brendan Day
Union States Magistrate Judge
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:    Dion Harrell v. State of New Jersey, et al
       Docket No. 18-CV-11299

Dear Judge Day:

This office represents the City of Long Branch and Brian O'Gibney in the above-entitled matter. In response to your Order of May 5th, it is the position of these defendants that the current operative complaint is the Amended Complaint filed by Plaintiff on October 20, 2020 (ECF No. 49). These defendants filed an Answer to the Amended Complaint on November 5, 2020 (ECF No. 49).

Furthermore, these defendants continue to oppose Plaintiff's motion to file a second amended complaint for the reasons expressed in our opposition filed on March 20, 2023 (ECF No. 93).

RAINONE COUGHLIN MINCHELLO
May 22, 2023
Page **2**

If there are any additional questions or requests, please advise. Thank you.

        Respectfully submitted,

        **RAINONE COUGHLIN MINCHELLO, LLC**
        Attorneys for the City of Long Branch and Brian O'Gibney

By: _____
        Edward P. Ruane, Esq.

ER/

284720v1