

------ LAW OFFICES ------
**DeCotiis, FitzPatrick, Cole & Giblin, LLP**

61 SOUTH PARAMUS ROAD, SUITE 250

PARAMUS, NEW JERSEY 07652

NEW JERSEY
NEW YORK

TELEPHONE: (201) 928-1100
TELEFAX:    (201) 928-0588
WWW.DECOTIISLAW.COM

WILLIAM J. HAMILTON, ESQ.
WHAMILTON@DECOTIISLAW.COM
201.347.2133

October 21, 2025

**VIA ECF**
Hon. Georgette Castner, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

    Re:    **Kyhallista Johnson v. State of New Jersey, et al.**
             **Civil Action No: 18-11299 (GC)**

Dear Judge Castner:

    This firm represents defendants State of New Jersey, New Jersey Division of Law and Public Safety, New Jersey State Police and John T. Nichols in the above-referenced matter. Pursuant to the Court's October 8, 2025 Order (ECF 156), I write to advise the Court that the parties prefer to proceed with a settlement conference before Magistrate Judge J. Brendan Day.

    Thank you for your consideration of this matter.

                                  Very truly yours,

                                  **DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

                                  By:    *s/William J. Hamilton*
                                         William J. Hamilton

CC:    All Counsel of Record (via ECF)

#10152278