

------ LAW OFFICES ------

**DECOTIIS**

DeCotiis, FitzPatrick, Cole & Giblin, LLP

61 SOUTH PARAMUS ROAD, SUITE 250

PARAMUS, NEW JERSEY 07652

NEW JERSEY
NEW YORK

_____

TELEPHONE: (201) 928-1100
TELEFAX:    (201) 928-0588
WWW.DECOTIISLAW.COM

WILLIAM J. HAMILTON, ESQ.
WHAMILTON@DECOTIISLAW.COM
201.347.2133

April 8, 2026

**VIA ECF**
Hon. J. Brendan Day, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

> **Re:** **Kyhallista Johnson v. State of New Jersey, et al.**
> **Civil Action No: 18-11299 (GC)**

Dear Judge Day:

This firm represents defendants State of New Jersey, New Jersey Division of Law and Public Safety, New Jersey State Police and John T. Nichols in the above-referenced matter. I write pursuant to the Court's March 6, 2026 Text Order (ECF 167).

Unfortunately, settlement of this matter is still under review by the Office of the Attorney General and the State Police, and we have not yet received settlement authority approval. As detailed in my prior correspondence, the leadership transition at the State Police has led to delays in settlement approvals, which remain ongoing.

In light of the foregoing, we respectfully request an additional two weeks to provide a further update to the Court regarding the State Police's settlement position. I spoke on the phone earlier today with plaintiff's counsel, Glenn Garber, who "begrudgingly" consented to this request. We of course remain appreciative of Mr. Garber's and the Court's courtesies.

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

By:     _s/William J. Hamilton_____
        William J. Hamilton

CC:    All Counsel of Record (via ECF)

#10429843