GLENN A. GARBER, P.C. 233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
ATTORNEYS AT LAW
TEL: 212-965-9370 FAX: 212-965-9375
WWW.GLENNGARBER.COM
ADMITTED IN NY & NJ

November 6, 2026

**Via CM/ECF**

Hon. J. Brendon Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Trenton, NJ 08608

Re: *Dion Harrell v. State of N.J., et al.*
Docket No. 18-11299

Dear Judge Day,

We represent Plaintiff, the Estate of Dion Harrell, in the referenced matter and submit this letter with the consent of the parties to request that the Final Pretrial Conference be scheduled for January 4 or 5, 2027, and that trial commence on or around February 22, 2027.

The dates for the FPTC are requested due to the unavailability of Plaintiff's counsel on December 8 and 9, 2026, dates proposed by the Court, and various scheduling conflicts of the parties in January 2027. One caveat is that defense counsel is still waiting on his client in regard to the availability a representative from the New Jersey for January 4 and 5. We will follow up as soon as we can confirm.

Defendants' counsel is still unavailable to start trial on February 1, 2027, the proposed start date, due to another trial commitment in mid-January. However, the parties can be available for trial starting on February 22, 2027 if that date or dates in late February and early March work for Judge Castner.

Thank you for your consideration.

Respectfully,

Glenn A. Garber

cc: All counsel via ECF